

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2018

No. 04-18-00583-CR

Jose Manuel Hernandez **PEREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4049
Honorable Daphne Previti Austin, Judge Presiding

## O R D E R

Appellant has filed a pro se docketing statement. Our records show appellant is not represented by counsel in this appeal. Trial counsel's motion to withdraw sought to withdraw "to allow the appointment of an appellate attorney," which suggests that appellant is indigent. We therefore ORDER that this appeal is abated and the case is remanded to the trial court for the limited purpose of determining whether appellant is indigent and entitled to appointed counsel. We further order the trial court clerk to file a supplemental clerk's record containing the trial court's order on the motion within ten days of its signing.

We also **ORDER** that, within 21 days of the trial court's order on remand, appellant or appellant's counsel (if one is appointed by the trial court or retained by the appellant) must respond to this court's September 5, 2018 order and show why this appeal should not be dismissed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court